IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC.# 3:07-mc-106

FILED
CHARLOTTE, NC

SEP 17 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

FOR THE MATTER OF THE STATE OF )
NORTH CAROLINA SUBPOENA FOR U.S. )
PROBATION OFFICER CHRIS BARBER )

## ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the issuance of a State of North Carolina Subpoena for the testimony of U.S. Probation Officer Chris Barber and the production of government records relating to probationer Donnell Sturdivant, Sr. The testimony and production of records in this proceeding may require disclosure of information protected by the Rules of this Court and the Federal Rules of Criminal Procedure.

Now; therefore, IT IS ORDERED that U.S. Probation Officer Chris Barber decline to give any pretrial, presentence or supervision information or produce any probation record relating to Donnell Sturdivant, Sr. unless summoner provides this Court sufficient written justification for the need of such information, and the Court instructs the Probation Officer to release it.

This Order shall take effect immediately and shall continue until further action of this Court.

**IT IS SO ORDERED** this 10th day of Sept, 2007.

Robert J. Conrad, Jr.
Chief U.S. District Court Judge